**Affirm and Opinion Filed May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00019-CR

**VICTORIA STUART, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-62404-I**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

After a jury found Victoria Stuart guilty of aggravated assault with a deadly weapon, it assessed her punishment at ten years' imprisonment, probated for eight years, and a $10,000 fine. Based on the trial court's findings following a hearing about why the reporter's record has not been filed, we concluded appellant has abandoned her appeal. We ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140019F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VICTORIA STUART, Appellant

No. 05-14-00019-CR　　　V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F10-62404-I.
Opinion delivered by Chief Justice Wright,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered May 27, 2014

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE